UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| KARA BEATY,<br><br>Plaintiff,<br>v.<br><br>ST. JOSEPH COUNTY, CITY OF MISHAWAIA, TIMOTHY SPENCER, JOSHUA SIEKMAN, LT. BRANDON RUTH, SGT. MARK FLEMING and SCOTT PARKER, in their individual capacities,<br><br>Defendants. | ) | CASE NO. 3:26-cv-01199-SJF |

**APPEARANCE OF COUNSEL**

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for **Defendants, St. Joseph County, Timothy Spencer and Joshua Siekman.**

Dated: September 11, 2026.

Respectfully submitted,

s/ Peter J. Agostino

Peter J. Agostino
Attorney No.: 10765-71
ANDERSON AGOSTINO & KELLER, P.C.
131 South Taylor Street
South Bend, IN 46601
Email: agostino@aaklaw.com
Telephone: (574) 288-1510
Facsimile: (574) 288-1650