# UNITED STATES DISTRICT COURT

for the

Northern District of Indiana

Kara Beaty
*Plaintiff*
v.
St. Joseph County, et al.
*Defendant*

Case No. 2026-cv-01199

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants City of Mishawaka, Scott Parker, Mark Fleming, and Brandon Ruth .

Date: 10/20/2026

/s/ Jeffrey N, Given
*Attorney's signature*

Jeffrey N. Given, Atty No. 6184989
*Printed name and bar number*

The Sotos Law Firm, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
*Address*

jgiven@jsotoslaw.com
*E-mail address*

(630) 735-3300
*Telephone number*

*FAX number*