*Beaty v. St. Joseph County*, *et al.*
Case No.: 2026-cv-01199

# EXHIBIT A

# APPEARANCE FORM (CRIMINAL)

State of Indiana

1. Name of Defendant: Kara Christine Beaty
2. Case Type of proceeding: F5
3. Prosecuting Attorney information:

   Kenneth P. Cotter
   St. Joseph County Prosecuting Attorney
   227 West Jefferson Boulevard, Room 1004.
   South Bend, Indiana 46601-1870

   Attorney No.
   Phone: (574) 235-9544
   FAX: (574) 235-9761

   Email Notifications to: fromodyssey@stjoepros.org
4. Will the State accept service by FAX: NO
5. Arrest report number (Originating Agency Case Number): 20-7
6. Additional information required by state or local rules:
7. TCN#: Not Available

Authority: Pursuant to Criminal Rule 2.1(A), this form shall be filed at the time a criminal proceeding is commenced. In emergencies, the requested information shall be supplied when it becomes available. Parties shall advise the court of a change in information previously provided to the court. This format is approved by the Division of State Court Administration.

STATE OF INDIANA )
COUNTY OF ST. JOSEPH ) SS: IN THE ST. JOSEPH SUPERIOR COURT

CAUSE NUMBER. 71

STATE OF INDIANA )

VS )

KARA CHRISTINE BEATY )
DOB: 12/12/2001 )

SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE

Timothy A. Spencer, upon information and belief and affirming under the penalties for perjury, states that:

I am the Commander of the St. Joseph County Fatal Crash Team (FACT), and I have served in that capacity since the Team's inception in 2005. I also served as a Mishawaka Police Department Officer for over 30 years, 17 of which were as the Captain of the Traffic Investigations Bureau. FACT, made up of officers from Mishawaka, South Bend, Walkerton, and St. Joseph County Police, investigates all fatal crashes where there is a surviving driver, as well as all crashes involving serious bodily injury when there is either law enforcement involvement or alcohol or drugs may have been involved. The FACT team was tasked with investigating a crash that occurred on June 2, 2020, and I make the following statements after speaking to investigating officers, assessing the scene, conducting my own investigation, NMS labs, and reviewing reports from other investigating officers. I make this affidavit based upon those reports.

On or about June 2, 2019 at approximately 10:46 PM, a motorcycle, driven by Erin Smith ("Smith") was riding northbound on Michigan Street in St. Joseph County and had just gone through the traffic light at Michigan and Ireland. Smith continued to travel on Michigan and when he got to Walter Street, a Mazda Protege, driven by KARA BEATY ("BEATY"), turned left in front of the motorcycle to go eastbound on Walter Street. The impact of the crash pushed the Mazda into a utility pole and caused the motorcycle to go airborne for approximately seventy (70) feet.

BEATY exhibited some injuries. Smith exhibited serious injuries, including but not limited to, a collapsed lung, multiple broken bones including compound fractures, and severe injuries from the pelvis down which required surgery. Both BEATY and Smith were transported to Memorial Hospital. BEATY underwent an examination by a Drug Recognition Expert and submitted to a forensic blood draw. The results of the forensic blood draw show a positive

result for marijuana.

All of the above occurred in St. Joseph County, Indiana.

Timothy A. Spencer

FACT Commander

**DETENTION CONSIDERATIONS**

The Defendant is a a substantial flight risk or a danger to self, others or the community for the following reasons:

1. The nature of the offense.

WHEREFORE, the State requests that the Court detain the Defendant until the Court conducts a bail hearing in open court.

I affirm, under the pains and penalties for perjury, that the foregoing representations are true.

Mariana Gerolimatos
Deputy Prosecuting Attorney

STATE OF INDIANA )
) SS: IN THE ST. JOSEPH SUPERIOR COURT
COUNTY OF ST. JOSEPH )

STATE OF INDIANA )
)
VS )
)
KARA CHRISTINE BEATY )
DOB: 12/12/2001 )

INFORMATION IN ONE COUNT:
COUNT I:
CAUSING SERIOUS BODILY INJURY WHEN OPERATING A VEHICLE WITH A SCHEDULE I OR II SUBSTANCE IN BLOOD
A LEVEL 5 FELONY

COUNT I

MARIANA GEROLIMATOS, upon information and belief, affirms under penalty of perjury that:

On or about June 2, 2020 in St. Joseph County, State of Indiana, Kara Christine Beaty did cause serious bodily injury to Erin Smith when operating a motor vehicle with a Schedule I or II controlled substance or its metabolite in the body.

All of which is contrary to the form of the statutes in such cases made and provided by I.C. 9-30-5-4(a)(2), and against the peace and dignity of the State of Indiana.

I affirm under the penalties for perjury that the foregoing representations are true.

Mariana Gerolimatos

MARIANA GEROLIMATOS
DEPUTY PROSECUTING ATTORNEY

Probable cause found. Arrest Warrant Issued.

___ Pursuant to Criminal Rule 26 and the St. Joseph County Release/Detention Matrix, Defendant ordered released on recognizance with a promise to appear. Defendant subject to any conditions listed in the attached Pretrial Supervision Order.

___ Defendant to be held for initial bail hearing on _____ day of ______________, 2020 at 1:00 p.m.

X Defendant to be held for next available bail hearing after the warrant is served.

___ Bond set in the amount of ______________ corporate surety or ______________ cash. Defendant subject to any conditions listed in the attached Pretrial Supervision Order.

So found this 7 day of August, 2020 at 10 30 (am)/pm.

JUDGE, ST. JOSEPH SUPERIOR COURT